[No. 73500-4-I.   Division One.   April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TANIS COLEMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02611-7, Julie A. Spector, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 73965-4-I.   Division One.   April 25, 2016.]

STEVEN L. CANHA, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00711-3, Erik D. Price, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 44367-8-II.   Division Two.   April 26, 2016.]

*In the Matter of the Personal Restraint of* JUAN L. GARCIA,
*Petitioner*.

Petition for relief from personal restraint. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Lee and Melnick, JJ.

[No. 46304-1-II.   Division Two.   April 26, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. ALFRED BURTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02167-0, Stanley J. Rumbaugh, J., entered April 25, 2014. *Reversed* and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Melnick, JJ.